# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE COUTURIER, et al.,<br><br>  Plaintiff(s),<br><br>vs.<br><br>AMERICAN INVSCO CORP., et al.,<br><br>  Defendant(s). | Case Nos.  2:12-cv-01104-KJD-NJK<br>2:12-cv-01106-KJD-NJK<br>2:12-cv-01107-KJD-NJK<br>2:12-cv-01108-KJD-NJK<br>2:12-cv-01110-KJD-NJK<br>2:12-cv-01111-KJD-NJK<br><br>ORDER SETTING HEARING |

Pending before the Court are Plaintiffs' motions to extend discovery. In some cases, the Court has also received partial joinders. The Court hereby **ORDERS** any additional joinders or responses to be filed no later than March 29, 2013. The Court further **ORDERS** that these motions be set for hearing on April 4, 2013 at 10:30 a.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: March 27, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge