1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRUCE COUTURIER, et al.,                                      )         Case Nos.      2:12-cv-01104-APG-NJK
                                                                             )                                2:12-cv-01106-APG-NJK
                                    Plaintiff(s),                  )                                2:12-cv-01107-APG-NJK
                                                                             )                                2:12-cv-01108-APG-NJK
vs.                                                                        )                                2:12-cv-01111-APG-NJK
                                                                             )
AMERICAN INVSCO CORP., et al.,                      )         ORDER DENYING WITHOUT
                                                                             )         PREJUDICE OBJECTION TO
                                    Defendant(s).                )         DEPOSITION NOTICE
—————————————————————)

13
14
15
16
17

   Pending before the Court is an "objection" to a deposition notice, filed by Meridian Private Residences CH, LLC on July 29, 2013.  Docket No. 80, 2:12-cv-1104-APG-NJK; Docket No. 75, 2:12-cv-1106-APG-NJK; Docket No. 82, 2:12-cv-1107-APG-NJK; Docket No. 74, 2:12-cv-1108-APG-NJK; Docket No. 67, 2:12-cv-1111-APG-NJK.  For the reasons discussed below, that "objection" is hereby DENIED without prejudice.

18
19
20
21
22

   The pending objection identifies purported deficiencies in a recently-served deposition notice.  The objection does not specify what relief (if any) is sought from the Court (*e.g.*, a protective order).  Nor does the objection indicate that a proper meet and confer was conducted.  *See* Local Rule 26-7(b).  Accordingly, to the extent the "objection" seeks relief from the Court, it is hereby DENIED without prejudice.

23

   IT IS SO ORDERED.

24

   DATED: July 29, 2013

25
26
27

_____
NANCY J. KOPPE
United States Magistrate Judge

28