# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE COUTURIER, et al., | Case Nos. 2:12-cv-01104-APG-NJK |
| Plaintiff(s), | 2:12-cv-01106-APG-NJK |
| | 2:12-cv-01107-APG-NJK |
| vs. | 2:12-cv-01108-APG-NJK |
| | 2:12-cv-01111-APG-NJK |
| AMERICAN INVSCO CORP., et al., | ORDER DENYING MOTION FOR DALE CAMPBELL TO APPEAR AT SETTLEMENT CONFERENCES BY TELEPHONE |
| Defendant(s). | |

Pending before the Court is a motion by Defendant Meridian Private Residences CH, LLC ("Meridian") to have its corporate representative, Dale Campbell, appear by telephone and on an as-needed basis at the settlement conferences set in these cases. Docket No. 140, 2:12-cv-1104; Docket No. 120, 2:12-cv-1106; Docket No. 125, 2:12-cv-1107; Docket No. 118, 2:12-cv-1108; Docket No. 111, 2:12-cv-1111. The settlement conferences are set for July 30 through August 1, 2014. It is important to the success of settlement conferences that corporate representatives with full settlement authority attend. *See, e.g.*, *Nick v. Morgan's Food, Inc.*, 270 F.3d 590, 597 (8th Cir. 2001). To that end, as explained in the order setting the settlement conference issued on May 19, 2014, the Court strictly scrutinizes requests for an exception to the personal attendance requirements for a showing of compelling justification.

Meridian seeks an exception to the Court's attendance requirements, asserting that Mr. Campbell has a trial in another case the first two weeks of July. Meridian also asserts that Mr. Campbell is busy as the personal representative of various family estates and has recently experienced a family tragedy.

1   While the Court accepts all of that as true, it simply does not show that Mr. Campbell should not be
2   required to appear on July 30, July 31, and August 1 at the settlement conferences. That Mr. Campbell
3   may be busy during the month of July is insufficient to establish sufficient cause for an exception to the
4   settlement conference's personal attendance requirement. Accordingly, Meridian's motion for an
5   exception to the settlement conference attendance requirement is hereby DENIED.

6       IT IS SO ORDERED.
7       DATED: June 3, 2014

                                                _____
                                                NANCY J. KOPPE
                                                United States Magistrate Judge