# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE COUTURIER, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> AMERICAN INVSCO CORP., et al., <br><br> Defendant(s). | Case Nos.  2:12-cv-01104-APG-NJK <br> 2:12-cv-01106-APG-NJK <br> 2:12-cv-01107-APG-NJK <br> 2:12-cv-01108-APG-NJK <br> 2:12-cv-01110-APG-NJK <br> 2:12-cv-01111-APG-NJK <br><br> ORDER GRANTING MOTION |

Pending before the Court are the renewed motions by Defendants American INVSCO Corporation, Condominium Rental Services, Inc. and Nicholas Gouletas ("Defendants") to have Mr. Gouletas appear by telephone and on an as-needed basis at the settlement conferences set in these cases. Docket Nos. 144, 145, 2:12-cv-1104-APG-NJK; Docket No. 124, 2:12-cv-1106-APG-NJK; Docket No. 129, 2:12-cv-1107-APG-NJK; Docket No. 122, 2:12-cv-1108-APG-NJK; Docket No. 123, 2:12-cv-1110-APG-NJK; Docket No. 115, 2:12-cv-1111-APG-NJK. Defendants have submitted a doctor's note outlining Mr. Gouletas' health issues and advising him to avoid travel. Moreover, Defendants have clarified that their counsel who will be attending the settlement conferences will have full settlement authority on behalf of Defendants. Lastly, Mr. Gouletas will be available by telephone as needed during the settlement conferences. Based on the representations of Defendants and their counsel, the Court hereby GRANTS the motions to have Mr. Gouletas appear by telephone and on an as-needed basis at the settlement conferences.

IT IS SO ORDERED.

DATED: June 11, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge