1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE COUTURIER, et al., ) | Case No. 2:12-cv-01104-APG-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | (Docket No. 201) |
| AMERICAN INVSCO CORPORATION, et al., ) | |
| ) | |
| Defendant(s). ) | |

The motion to extend at Docket No. 201 is hereby GRANTED.  Any renewed motion to strike the jury demand must be filed no later than April 13, 2016.

IT IS SO ORDERED.

Dated: April 12, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge