# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE COUTURIER and ELEANOR COUTURIER,, <br><br>Plaintiffs, <br><br>v. <br><br>AMERICAN INVSCO, *et a*l., <br><br>Defendants. | Case No. 2:12-cv-01104-APG-NJK <br><br>Consolidated with Case Nos.: <br>2:12-cv-1106-APG-NJK <br>2:12-cv-1107-APG-NJK <br>2:12-cv-1108-APG-NJK <br>2:12-cv-1110-APG-NJK <br>2:12-cv-1111-APG-NJK <br><br>**ORDER** |

A status conference was held in this matter on July 6, 2016. Kristina Holman, counsel for defendant Rebekah DeSmet, did not attend the conference. Ms. Holman has not filed a motion seeking summary judgment on behalf of her client. Ms. Holman has not contacted plaintiffs' counsel to discuss Ms. DeSmet's status in this litigation, nor has she responded to plaintiffs' counsel's communications regarding the Joint Pretrial Order. Trial is set to begin on August 22, 2016, and it is unclear what role Ms. Holman intends to take on behalf of Ms. DeSmet.

Therefore, both Ms. Holman and Ms. DeSmet are ordered to appear in Las Vegas Courtroom 6C at 9:15 a.m. on July 20, 2016 to explain why they have not recently participated in this case and whether they intend to do so going forward. The failure to attend this hearing may result in sanctions being entered against both Ms. Holman and Ms. DeSmet, including the possibility of striking pleadings, the entry of default, and monetary sanctions.

DATED this 7th day of July, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE