UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE COUTURIER and ELEANOR COUTURIER,-,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INVSCO, *et al.*,<br><br>Defendants. | Case No. 2:12-cv-01104-APG-NJK<br><br>Consolidated (for discovery) with Case Nos.:<br>2:12-cv-1106-APG-NJK<br>2:12-cv-1107-APG-NJK<br>2:12-cv-1108-APG-NJK<br>2:12-cv-1110-APG-NJK<br>2:12-cv-1111-APG-NJK<br><br>**ORDER CERTIFYING SUMMARY JUDGMENTS AS FINAL AND APPEALABLE** |

I previously entered summary judgment in favor of defendants Koval Flamingo, LLC, American Invsco Corporation, and Condominium Rental Services, Inc. by the following orders:

2:12-cv-1104: ECF No. 222

2:12-cv-1106: ECF No. 180

2:12-cv-1107: ECF No. 179

2:12-cv-1108: ECF No. 178

2:12-cv-1111: ECF No. 169

The plaintiffs in these cases have asked me to certify my orders granting summary judgment as final and appealable so they may pursue their appeals.  Pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason to delay entry of judgment upon my prior orders.

IT IS HEREBY ORDERED that final judgment be entered in favor of defendants Koval Flamingo, LLC, American Invsco Corporation, and Condominium Rental Services, Inc. and against the plaintiffs in each of these cases.

DATED this 15th day of November, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE