# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE COUTURIER and ELEANOR COUTURIER, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN INVSCO, *et al.*, <br><br> Defendants. | Case No. 2:12-cv-01104-APG-NJK <br><br> Consolidated (for discovery) with Case Nos.: <br> 2:12-cv-1106-APG-NJK <br> 2:12-cv-1107-APG-NJK <br> 2:12-cv-1108-APG-NJK <br> 2:12-cv-1110-APG-NJK <br> 2:12-cv-1111-APG-NJK <br><br> **ORDER FOR STATUS REPORT** |

I previously entered summary judgment in favor of defendants Koval Flamingo, LLC, American Invsco Corporation, and Condominium Rental Services, Inc. by the following orders:

    2:12-cv-1104: ECF No. 222

    2:12-cv-1106: ECF No. 180

    2:12-cv-1107: ECF No. 179

    2:12-cv-1108: ECF No. 178

    2:12-cv-1111: ECF No. 169

The plaintiffs in these cases subsequently asked me to certify my orders granting summary judgment as final and appealable so they may pursue their appeals. Pursuant to Federal Rule of Civil Procedure 54(b), I did so. However, the plaintiffs did not file a notice of appeal in any of these cases.

    IT IS THEREFORE ORDERED that on or before June 30, 2017, the parties shall file a status report regarding what, if anything, remains to be resolved in these cases.

    DATED this 8th day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE