# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE COUTURIER and ELEANOR COUTURIER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INVSCO, *et al.*,<br><br>Defendants. | Case No. 2:12-cv-01104-APG-NJK<br><br>Consolidated (for discovery) with Case Nos.:<br>2:12-cv-1106-APG-NJK<br>2:12-cv-1107-APG-NJK<br>2:12-cv-1108-APG-NJK<br>2:12-cv-1110-APG-NJK<br>2:12-cv-1111-APG-NJK<br><br>**ORDER FOR STATUS CONFERENCE** |

Based on the parties' various responses to my June 8, 2017 Order, I will hold a consolidated status check in these cases on **July 20, 2017 at 10:00 a.m.** in Las Vegas Courtroom 6C. The parties should be prepared to, among other things, present an update on the status of the pending Gouletas bankruptcy case, explain why defendant DeSmet has not filed her promised motion for summary judgment during the past year, and discuss resolution of all remaining claims in these cases, by trial or otherwise.

DATED this 3rd day of July, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE