# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE COUTURIER and ELEANOR COUTURIER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INVSCO, *et al.*,<br><br>Defendants. | Case No. 2:12-cv-01104-APG-NJK<br><br>Consolidated (for trial) with Case Nos.:<br>2:12-cv-1106-APG-NJK<br>2:12-cv-1107-APG-NJK<br>2:12-cv-1108-APG-NJK<br>2:12-cv-1110-APG-NJK<br>2:12-cv-1111-APG-NJK<br><br>**ORDER GRANTING PRO HAC VICE PETITION IN ALL CASES** |

I have approved Kenneth B. Morgan's petition for permission to practice in case number 2:12-cv-1104. Given that these cases are consolidated for trial, I grant Mr. Morgan permission to practice in all of these cases without the need to file separate petitions in each case.

DATED this 27th day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE