# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE COUTURIER and ELEANOR COUTURIER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INVSCO, *et al.*,<br><br>Defendants. | Case No. 2:12-cv-01104-APG-NJK<br><br>Consolidated (for trial) with Case Nos.:<br>2:12-cv-01106-APG-NJK<br>2:12-cv-01107-APG-NJK<br>2:12-cv-01108-APG-NJK<br>2:12-cv-01111-APG-NJK<br><br>**ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |

On May 4, 2018, I ordered the plaintiffs to show cause why each of these cases should not be dismissed for lack of subject matter jurisdiction. Based on the response filed by the defendant, I find that this court can exercise subject matter jurisdiction. The Order to Show Cause is deemed satisfied and I will maintain jurisdiction over this case.

DATED this 5th day of June, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE