Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzalaw.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@semenzalaw.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzalaw.com
LAWRENCE J. SEMENZA, III, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Kenneth B. Morgan, Esq. (*Pro Hac Vice Admitted*)
KENNETH B. MORGAN, P.C.
180 High Oak Drive, Suite 202
Bloomfield Hills, MI 48304
Telephone: (248) 594-6341

*Attorneys for Defendant Meridian Private Residences CH, LLC*

Michael N. Feder, Esq.
DICKINSON WRIGHT PLLC
mfeder@dickinson-wright.com

Kenneth B. Morgan, Esq. (*Pro Hac Vice Admitted*)
KENNETH B. MORGAN, P.C.
180 High Oak Drive, Suite 202
Bloomfield Hills, MI 48304
Telephone: (248) 594-6341

*Attorneys for Defendant Koval Flamingo, LLC*

Michael R. Mushkin, Esq.
MICHAEL R. MUSHKIN & ASSOCIATES
michael@mushlaw.com
steven@mushlaw.com
*Attorneys for Plaintiffs*

Kristina S. Holman, Esq.
kholmanlaw@gmail.com
ksholman@aol.com
*Attorneys for Defendant Rebekah Desmet*

David A. Carroll, Esq.
Anthony J. DiRaimondo, Esq.
RICE REUTHER SULLIVAN & CARROLL, LLP
dcarroll@rrsc-law.com
adiraimondo@rrsc-law.com

**JOINT RULE 6(b)(1) MOTION FOR EXTENSION OF TIME PROVIDED BY LR 54-14 & ORDERS DATED 6/28/18 & 6/29/18**

1

*Attorneys for American Invsco Corporation, Nicholas Gouletas
& Condominium Rental Services*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE COUTURIER and ELEANOR COUTURIER,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case No.: 2:12-cv-01104-APG-NJK<br><br>Consolidated with Case No.'s for Discovery:<br>Case No.: 2:12-cv-01106-APG-NJK<br>Case No.: 2:12-cv-01107-APG-NJK<br>Case No.: 2:12-cv-01108-APG-NJK<br>Case No.: 2:12-cv-01110-APG-NJK<br>Case No.: 2:12-cv-01111-APG-NJK |
| SHAHIN EDALATDJU and NASILA EDALATDJU,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case No.: 2:12-cv-01106-APG-NJK<br><br>Consolidated with Case No.'s for Discovery:<br>Case No.: 2:12-cv-01104-APG-NJK<br>Case No.: 2:12-cv-01107-APG-NJK<br>Case No.: 2:12-cv-01108-APG-NJK<br>Case No.: 2:12-cv-01110-APG-NJK<br>Case No.: 2:12-cv-01111-APG-NJK |
| MARY HELDT, VICTOR HELDT, and SNAP PROPERTIES, LLC, a Nevada Limited Liability Company;<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case No.: 2:12-cv-01107-APG-NJK<br><br>Consolidated with Case No.'s for Discovery:<br>Case No.: 2:12-cv-01104-APG-NJK<br>Case No.: 2:12-cv-01106-APG-NJK<br>Case No.: 2:12-cv-01108-APG-NJK<br>Case No.: 2:12-cv-01110-APG-NJK<br>Case No.: 2:12-cv-01111-APG-NJK |
| NASIR KOSA; BASIL KOSA, and SAID MATTI,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case No.: 2:12-cv-01108-APG-NJK<br><br>Consolidated with Case No.'s for Discovery:<br>Case No.: 2:12-cv-01104-APG-NJK<br>Case No.: 2:12-cv-01106-APG-NJK<br>Case No.: 2:12-cv-01107-APG-NJK<br>Case No.: 2:12-cv-01110-APG-NJK<br>Case No.: 2:12-cv-01111-APG-NJK |
| WISAM KOSA, RAGID KOSA, and MAHA KOSA,<br><br>Plaintiffs, | Case No.: 2:12-cv-01111-APG-NJK<br><br>Consolidated with Case No.'s for Discovery:<br>Case No.: 2:12-cv-01104-APG-NJK<br>Case No.: 2:12-cv-01106-APG-NJK |

LAWRENCE J. SEMENZA, III, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

| | |
|---|---|
| vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case No.: 2:12-cv-01107-APG-NJK<br>Case No.: 2:12-cv-01108-APG-NJK<br>Case No.: 2:12-cv-01110-APG-NJK |

**JOINT RULE 6(b)(1) MOTION
FOR EXTENSION OF TIME
PROVIDED BY LR 54-14
&
ORDERS DATED JUNE 28 & 29, 2018**

The parties, by and through their respective counsel, hereby move for entry of an order under Fed.R.Civ.P. 6(b)(1) extending the periods provided by LR 54-14 and this court's orders dated June 28 & 29, 2018 pertaining to motions for attorney's fees in each of the above actions, for the following reasons:

1. These actions have been pending before this court since their removal in October 2008.

2. On June 28 & 29, 2018, the court entered orders and judgments of final adjudication regarding each of them.

3. In those orders, the court instructed Plaintiffs to file motions for attorney's fees (if any) within 14 days (*i.e.,* on or before July 12, 2018 (as to certain of these actions) and July 13, 2018 (as to the rest). It also instructed Plaintiffs' counsel to confer with Defendant Meridian's counsel regarding such matters before filing any such motion.

4. Because these actions were commenced, in part, based upon claims arising under 15 U.S. Code Chapter 2B, 15 U.S.C. § 78u-4(c) provides for a mandatory review by this court regarding whether any party has violated Rule 11 in respect to any pleadings or dispositive motion and response thereto during the nearly 10-year history of this/these action(s).

5. LR 54-14 provides that motions for attorney's fees are to be filed within 14 days of the entry of a final judgment or order disposing of an action which the United States Supreme Court has held is the date of entry of an order disposing of the substantive elements of an action, despite

3

the existence or potential for a motion for attorney's fees. *Ray Haluch Gravel Co. v. Cent. Pension Fund of Int'l Union of Operating Engineers & Participating Employers*, 134 S. Ct. 773 (2014).

6. Counsel for all Plaintiffs and the principal Defendants, Koval Flamingo, LLC and Meridian Private Residences CH, LLC have conferred about such matters and have agreed that additional time is necessary to effectively review each parties' claim(s) for attorney's fees and that it would unduly burden the court and the parties to require such motions to be filed within the period provided by LR 54-14 and the court's orders of June 28 & 29, 2018.

7. Accordingly, there is good cause within the meaning of Fed.R.Civ.P. 6(b)(1) for an extension of the period within which to file the parties' respective motions for attorney's fees in these actions.

8. This motion is timely pursuant to Fed.R.Civ.P. 6(b)(1)(A) in that it has been filed prior to the expiration of the period for which extension is sought.

WHEREFORE, the parties request that this court enter an order extending the periods within which to file motions for attorney's fees in these actions for a period of 28-days (*i.e.,* until August 9 & 10, 2018).

DATED this 12th day of July 2018.

IT IS SO ORDERED.

Dated: July 13, 2018

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

KENNETH B. MORGAN, P.C.
/s/ Kenneth B. Morgan
_____
Kenneth B. Morgan, Esq. (*Pro Hac Vice Admitted*)
180 High Oak Drive, Suite 202
Bloomfield Hills, MI 48304

LAWRENCE J. SEMENZA, III, P.C.
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendant Meridian Private Residences CH, LLC*

LAWRENCE J. SEMENZA, III, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

KENNETH B. MORGAN, P.C.
/s/ Kenneth B. Morgan
Kenneth B. Morgan, Esq. (*Pro Hac Vice Admitted*)
KENNETH B. MORGAN, P.C.
180 High Oak Drive, Suite 202
Bloomfield Hills, MI 48304
Telephone: (248) 594-6341

DICKINSON WRIGHT PLLC
Michael N. Feder
DICKINSON WRIGHT PLLC
mfeder@dickinson-wright.com
*Attorneys for Defendant Koval Flamingo, LLC*

KRISTINA S. HOLMAN, ESQ.
/s/Kristina S. Holman
kholmanlaw@gmail.com
ksholman@aol.com
*Attorneys for Defendant Rebekah Desmet*

RICE REUTHER SULLIVAN & CARROLL, LLP
/s/ Anthony J. DiRaimondo
David A. Carroll, Esq.
Anthony J. DiRaimondo, Esq.
dcarroll@rrsc-law.com
adiraimondo@rrsc-law.com
*Attorneys for American Invsco Corporation, Nicholas Gouletas & Condominium Rental Services*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July 2018, I electronically filed the foregoing **JOINT RULE 6(b)(1) MOTION FOR EXTENSION OF TIME PROVIDED BY LR 54-14 & ORDERS DATED 6/28/18 & 6/29/18** with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record in this matter which are listed below:

Michael R. Mushkin, Esq.
MICHAEL R. MUSHKlN & ASSOCIATES
michael@mushlaw.com

Kenneth B. Morgan, Esq.
KENNETH B. MORGAN P.C.
morgan.kb@kbmpc.com

5

and
Michael N. Feder, Esq.
DICKINSON WRIGHT PLLC
mfeder@dickinson-wright.com
*Attorneys for Defendants Koval Flamingo, LLC*
*Attorneys for Defendant Meridian Private*
*Residences CH, LLC*

Kristina S. Holman, Esq.
kholmanlaw@gmail.com
ksholman@aol.com
*Attorneys for Defendant Rebekah Desmet*

David A. Carroll, Esq.
Anthony J. DiRaimondo, Esq.
RICE REUTHER SULLIVAN & CARROLL, LLP
dcarroll@rrsc-law.com
adiraimondo@rrsc-law.com
*Attorneys for American Invsco Corporation, Nicholas Gouletas*
*& Condominium Rental Services*

/s/Kenneth B. Morgan

6