# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Bruce Couturier, et al

        Plaintiffs,

v.

American Invsco Corporation, et al

        Defendants.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL ACTION**

Case Number: 2:12-cv-01104-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Couturier Plaintiffs are awarded attorney's fees against Defendant Meridian Private Residences CH, LLC in the amount of $285,075.07.

| | |
|---|---|
| 12/6/2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |